**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-04533 |
| v. | ) |
| | ) |
| VINE ENERGY INC., ERIC MARSH, | ) |
| ANGELO ACCONCIA, H. PAULETT | ) |
| EBERHART, DAVID FOLEY, JOHN H. | ) |
| LEE, and CHARLES M. SLEDGE, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  November 24, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*